orm B6F (12/03)

n re   Thomas W. Marino                              ,    Case No.  05-15046
              Debtor                                              (if known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital comunity maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Alexander Rose & Assoc. <br> 7141 Office City Drive <br> Houston, TX 77087-2745 | | | apartment-collection | | | | 775.00 |
| ACCOUNT NO.  xxx1000 <br> American Express <br> P.O. Box 360002 <br> Ft. Lauderdale, FL 3336-0002 <br><br> NCO Financial Systems <br> 507 Prudential Road <br> Horsham PA 19044 | | | | | | | 30,726.76 |

  2  Continuation sheets attached

Subtotal  ➤    $31,501.76

Total  ➤

Form B6F - Cont.
12/03

In re  Thomas W. Marino                                   Case No.  05-15046
                  Debtor                                                      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Bank of America<br>P. O. Box 1390<br>Norfolk, VA 23501-1390 | | | | | | | 9,314.00 |
| ACCOUNT NO.<br>Chase Bank USA, N.A.<br>P. O. Box 19850-5299<br>Wilmington, DE 19850-5299 | | | | | | | 16,122.00 |
| ACCOUNT NO.<br>Gulf States Utililties<br>c/o Entergy Corp.<br>P. O. Box 61000<br>New Orleans, LA 70161 | | | | | | | 141.00 |
| ACCOUNT NO.<br>Hancock Bank<br>2400 14th Street<br>Gulfport, MS 39501-8800 | | | Handyline-overdraft debt | | | | 2,400.00 |
| ACCOUNT NO.  xxxx5989<br>Hibernia National Bank<br>Commercial Card (MC)<br>P. O. Box 60175<br>New Orleans, LA 70160-0175 | | | credit card (TWM guarantor) | | | | 19,700.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ▶ $47,677.00

Total ▶
(Use only on last page of the completed Schedule F.)

In re  Thomas W. Marino                                    Case No.  05-15046
           Debtor                                                    (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx9633 and xxx1609<br>Hibernia National Bank<br>P. O. Box 61336<br>New Orleans, LA 70161 | | | credit lines ($44,000 estimated for acct no. xxx9633 and $21,130 for acct. no. xxx1609) | | | | 65,130.00 |
| ACCOUNT NO.<br>HSBC Bank NV FKA HHL<br>P. O. Box 80082<br>Salinas, CA 93912-0082 | | | | | | | 3,296.00 |
| ACCOUNT NO. 532903720500XXXX<br>MBNA America<br>P.O. Box 15469<br>Wilmington, DE 19886-5469 | | | 09/01/2005 | | | | 3,781.00 |
| ACCOUNT NO. xxx3499<br>MBNA America<br>P.O. Box 15469<br>Wilmington, DE 19886-5469 | | | | | | | 2,914.81 |
| ACCOUNT NO.<br>Universal Card/CBSDN (AT&T)<br>P. O. Box 44183<br>Jacksonville, FL 32231-4183 | | | | | | | 17,645.00 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) ➤ $92,766.81

Total ➤ $171,945.57
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6
(90)

# United States Bankruptcy Court
# Western District of Louisiana
# Western

re Thomas W. Marino

Case No. 05-15046
Chapter 7

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 12,754.36 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 3 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 171,945.57 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $ 504.00 |
| Total Number of sheets in ALL Schedules ➢ | | 17 | | | |
| Total Assets ➢ | | | $ 12,754.36 | | |
| Total Liabilities ➢ | | | | $ 171,945.57 | |

In re: <u>**Thomas W. Marino**</u>                                                Case No. <u>**05-15046**</u>
          Debtor                                                                                       (If known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>   **1**   </u>
(Total shown on summary page plus 1.)
sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>  10/15/2005  </u>              Signature: <u>/s/Thomas W. Marino</u>
                                                                                **Thomas W. Marino**

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

---

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.